UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   ECF Case
SAS GROUP, INC. and MICHAEL SOBO,
                                                                           Civil Action No.
                      Plaintiffs,                         08 CIV. 1021

     -against-                                   **RULE 7.1 STATEMENT**

PROVIDENCE WASHINGTON INSURANCE
COMPANY and PROVIDENCE WASHINGTON
INSURANCE SOLUTIONS, LLC

                      Defendants.
------------------------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and solely to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, SAS GROUP, INC., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

     None.

Dated: White Plains, New York
        February 4, 2008

                                   HARRINGTON, OCKO & MONK LLP

                                   s/ Kevin J. Harrington
                         By:  _____
                                   Kevin J. Harrington (KH-5027)
                                   John T. A. Rosenthal (JR-4819)
                                   *Attorneys for Plaintiffs*
                                   81 Main Street, Suite 215
                                   White Plains, New York 10601
                                   Telephone: (914) 686-4800
                                   Facsimile: (914) 686-4824

TO:    PROVIDENCE WASHINGTON INSURANCE COMPANY
        One Providence Washington Plaza
        Providence, Rhode Island 02903

        and

        PROVIDENCE WASHINGTON INSURANCE SOLUTIONS, LLC
        88 Boyd Avenue
        East Providence, Rhode Island 02914