## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 civ. 1021                                                Purchased/Filed: January 31, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

---

*SAS Group, Inc., et ano*                                          Plaintiff

against

*Providence Washington Insurance Company, et ano*    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY       SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____February 7, 2008_____, at ___2:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

   Rule 7.1, Civil Cover Sheet, Summons in a Civil Action, and Complaint with Jury Trial Demand

on

_____Providence Washington Insurance Solutions, LLC_____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __38__   Approx. Wt: __145__   Approx. Ht: __5'5"__
Color of skin: __White__   Hair color: __Blonde__   Sex: __F__   Other: _____

Sworn to before me on this

__12th__ day of _____February, 2008_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0801326

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**

```
                State of New York - Department of State
                          Receipt for Service
```

Receipt #: 200802110286                          Cash #: 200802110238
Date of Service: 02/07/2008                      Fee Paid: $40 - DRAWDOWN
Service Company: 35 SERVICO - 35

Service was directed to be made pursuant to: SECTION 303 OF THE LIMITED
    LIABILITY COMPANY LAW

Party Served: PROVIDENCE WASHINGTON INSURANCE SOLUTIONS, LLC


Plaintiff/Petitioner:
        SAS GROUP, INC.



Service of Process Address:
PROVIDENCE WASHINGTON INSURANCE SOLUTION
ATTN: NANCY RESENDE
88 BOYD AVENUE
EAST PROVIDENCE, RI 02914

                                                 Secretary of State
                                                 By  DONNA CHRISTIE