**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        SOUTHERN DISTRICT        UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 08 CIV. 1021   AND FILED ON  JANUARY 31, 2008
ATTORNEY(S): Harrington Ocko & Monk , Susan Glenn

Plaintiff

SAS Group, Inc., et ano
vs
Providence Washington Insurance Company, et ano

Defendant

---

STATE OF NEW YORK: COUNTY OF ALBANY COUNTY, SS.:

_James Perone_, being duly sworn deposes and says deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. That on _February 8, 2008_ at _1:10pm_ at _NYS Supt. of Insurance, 1 Commerce Plaza, Albany, NY_ deponent served the within Rule 7.1, Civil Cover Sheet, Summons in a Civil Action, and Complaint with Jury Trial Demand

on: Providence Washington Insurance Company ' Defendant (herein called recipient) therein named.

**INDIVIDUAL A [ ]** By personally delivering to and leaving with said a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said Rule 7.1, Civil Cover Sheet, Summons in a Civil Action, and Complaint with Jury Trial Demand

**CORPORATION B [x]** By delivering to and leaving with _Patrick Harrigan_ at _1 Commerce Plaza, Albany, NY_ and that deponent knew the person so served to be the _Attorney_ of the corporation.
Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:

**SUITABLE AGE PERSON C [ ]** By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the defendants/respondents
[ ] dwelling place (usual place of abode)   [ ] actual place of business within the State of New York.

**AFFIXING TO DOOR D [ ]** By affixing a true copy thereof to the door of said premises, the same being the defendant's [ ] dwelling house (usual place of abode)   [ ] actual place of business within the State of New York.

**MAILING TO RESIDENCE (use with C or D) E1 [ ]** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within New York State on _____

**MAILING TO BUSINESS (use with C or D) E2 [ ]** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the United States Post Office within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on

**PREVIOUS ATTEMPTS (use with D) F [ ]** Deponent had previously attempted to serve the above named defendant/ respondent
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Deponent spoke with _____ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

**G [X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age  _36 - 50 Yrs._  Approximate weight  _161 - 200 Lbs_  Approximate height  _5' 9" - 6' 0"_  Sex  _Male_
Color of skin  _White_  Color of hair  _Red_  Other _____

**MILITARY SERVICE [X]** Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

**NON-SERVICE H [ ]** After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following: [ ] Not known at address  [ ] Address does not exist  [ ] Evading  [ ] Moved left no forwarding  [ ] Other

**WIT. FEES [ ]** $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this   8th   day of   February, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

James Perone

Attny's File No.
Invoice•Work Order # SP0801325

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**

STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

..................................................................................................

SAS Group, Inc. and Michael Sobo                                    08 civ. 1021
                against                    Plaintiff(s)
Providence Washington Insurance Solutions, Inc. et al &
Providence Washington Insurance Company        Defendant(s)

..................................................................................................

RE :  Providence Washington Insurance Company

Attorney for Plaintiff(s) and Defendant  please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons in a Civil Action in the above entitled action on February 8, 2008 at Albany, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

    Harrington, Ocko & Monk, LLP
    81 Main Street
    Suite 215
    White Plains,  New York 10601

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to  Defendant :

    Nancy Resende, Corporate Secretary
    Providence Washington Insurance Company
    88 Boyd Avenue
    E. Providence,  Rhode Island 02914

*Clark J. Williams*

by Clark J. Williams
Special Deputy Superintendent

Dated Albany, New York, February 08, 2008
427167        C.A.#189816