UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SAS GROUP, INC., and MICHAEL SOBO

                                      **RULE 7.1 STATEMENT**
                Plaintiffs,

    -against-                          Civil Action No.: 08 CIV 1021

PROVIDENCE WASHINGTON INSURANCE
COMPANY and PROVIDENCE WASHINGTON
INSURANCE SOLUTIONS, LLC

                Defendants.
----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and solely to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants PROVIDENCE WASHINGTON INSURANCE COMPANY and PROVIDENCE WASHINGTON INSURANCE SOLUTIONS, LLC, certifies that the following are corporate parents, affiliates and/or subsidiaries of said defendants, which are publicly held:

                NONE

DATED:    Melville, NY
               March 5, 2008

                                     Yours, etc.,

                                     BY _Robert E. O'Connor_
                                       ROBERT E. O'CONNOR (1535)
                                 O'CONNOR, O'CONNOR, HINTZ & DEVENEY, LLP
                                 Attorneys for Defendants
                                 PROVIDENCE WASHINGTON INSURANCE
                                 COMPANY and PROVIDENCE WASHINGTON
                                 INSURANCE SOLUTIONS, LLC
                                 One Huntington Quadrangle, Suite 3C01
                                 Melville, NY  11747
                                 (631) 777-2330

TO: Kevin J. Harrington (KH-5027)
HARRINGTON, OCKO & MONK, LLP (JR-4819)
Attorneys for Plaintiffs
81 Main Street, Suite 215
White Plains, NY 10601
(914) 686-4800
(914) 686-4824

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
: ss.:
COUNTY OF SUFFOLK )

TERESA SHEEHAN, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age, and reside in Merrick, NY.

On **March 7, 2008**, I served a true copy of the annexed **RULE 7.1 STATEMENT** in the following manner:

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Kevin J. Harrington
HARRINGTON, OCKO & MONK, LLP
Attorneys for Plaintiffs
SAS GROUP, INC. and MICHAEL SOBO
81 Main Street, Suite 215
Wjote Plains, NY 10601

_____
TERESA SHEEHAN

Sworn to before me this
7th day of March, 2008

_____
NOTARY PUBLIC

ALICIA HUGHES
Notary Public, State of New York
No. 01HU4833356
Qualified in Suffolk County
Commission Expires Dec. 31, 2009

====================================================

**PLEASE TAKE NOTICE**

[ ] that the within is a (certified) true copy of a entered in the office of the clerk of the within named court on

[ ] that an Order of which the within is a true copy will be presented for settlement to the Honorable one of the judges of the within named Court at on 20 , at

Dated:

====================================================

O'CONNOR, O'CONNOR, HINTZ & DEVENEY, LLP
Attorneys for
One Huntington Quadrangle
Suite 3C01
Melville, NY 11747-4415

--------------------
Print signer's name

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed documents are not frivolous.

Dated:

====================================================

O'CONNOR, O'CONNOR, HINTZ & DEVENEY, LLP
Attorneys for
One Huntington Quadrangle
Suite 3C01
Melville, NY 11747
(631) 777-2330

To:

====================================================

Attorney(s) for

====================================================

---

Docket No. 08 cuv 1021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

====================================================

SAS GROUP, INC., and MICHAEL SOBO

Plaintiffs,

-against-

PROVIDENCE WASHINGTON INSURANCE
COMPANY and PROVIDENCE WASHINGTON
INSURANCE SOLUTIONS, LLC

Defendants

====================================================

RULE 7.1 STATEMENT

====================================================

O'CONNOR, O'CONNOR,
HINTZ & DEVENEY, LLP
Attorneys for

One Huntington Quadrangle
Suite 3C01
Melville, NY 11747-4415
(631) 777-2330
Fax No. (631) 777-2340

====================================================

To:

Attorney(s) for

====================================================

Service of a copy of the within is hereby admitted.

Dated:

====================================================

Attorney(s) for

====================================================