UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x Civil Action No.: 08 CIV ~~1020~~ 1021

SAS GROUP, INC., and MICHAEL SOBO

                                         Hon. Stephen C. Robinson
                                         ECF Case

                Plaintiffs,

                                         **STIPULATION**

   -against-

PROVIDENCE WASHINGTON INSURANCE
COMPANY and PROVIDENCE WASHINGTON
INSURANCE SOLUTIONS, LLC


                Defendant.
---------------------------------------------------------------x

     IT IS HEREBY STIPULATED AND AGREED by and among the attorneys for the parties hereto, that the parties' time for the joinder of additional parties in this action is extended up to and including July 11, 2008. An executed faxed copy of this stipulation shall be deemed the same as a signed original.

                                                _Robert E. O'Connor_
                                         By: ROBERT E. O'CONNOR (1535)
                                         O'CONNOR, O'CONNOR, HINTZ & DEVENEY
                                         Attorneys for Defendants
                                         PROVIDENCE WASHINGTON INSURANCE
                                         COMPANY and PROVIDENCE WASHINGTON
                                         INSURANCE SOLUTIONS, LLC
                                         One Huntington Quadrangle, Suite 3C01
                                         Melville, NY 11747
                                         (631) 777-2330

                                         _Kevin Harrington_
               By:  Kevin J. Harrington (5027)
                       HARRINGTON, OCKO & MONK, LLP
                       Attorneys for Plaintiffs
                       81 Main Street, Suite 215
                       White Plains, NY 10601
                       (914) 686-4800

SO ORDERED:

_Stephen C. Robinson_
U.S.D.J.

DATED: June 20, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```