LMC

Robinson, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAS GROUP, INC. and MICHAEL SOBO, Plaintiffs, -against- PROVIDENCE WASHINGTON INSURANCE COMPANY and PROVIDENCE WASHINGTON INSURANCE SOLUTIONS, LLC, Defendants. | Civil Action No. 08-Civ-1021 (SCR) Hon. Stephen C. Robinson ECF Case **STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the discovery schedule in this action, as provided for in the Court's April 17, 2008 Scheduling Order, is stayed for six (6) months to allow the parties time to attempt to resolve this matter. This is the first request by the parties for an extension of time by which to complete discovery. Such Stipulation and request is made in order to allow the parties sufficient time in which to discuss possible resolution of this matter.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be submitted in counterparts and that facsimile signatures shall be deemed as valid as original signatures.

Robert C. O'Connor

Robert E. O'Connor, Esq. (RO-1535)
O'CONNOR, O'CONNOR, HINTZ & DEVENEY
*Attorneys for Defendants PROVIDENCE WASHINGTON INSURANCE COMPANY and PROVIDENCE WASHINGTON INSURANCE SOLUTIONS, LLC*
One Huntington Quadrangle, Suite 3C01
Melville, NY 11747
Telephone: (631) 777-2330
Facsimile: (631) 777-2340

John T. A. Rosenthal (JR-4819)
HARRINGTON, OCKO & MONK, LLP
*Attorneys for Plaintiffs SAS GROUP, INC. and MICHAEL SOBO*
81 Main Street, Suite 215
White Plains, New York 10601
Telephone: (914) 686-4800
Facsimile: (914) 686-4824




TOTAL P.03

SO ORDERED:

Stephen C Robinson

USDJ

DATED:
August 21, 2008